IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

DONNA J. MILLER          :          Civil Action No. 4:07-cv-136

     Plaintiff,          :

     vs.          :

MID AMERICAN COLLECTIONS          :

     Defendant.          :

STIPULATED DISMISSAL

    Plaintiff Donna Miller, by her attorney Ray Johnson, hereby dismisses this matter with prejudice.

Respectfully submitted,

RAY JOHNSON
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com

THOMAS REAVELY
Whitfield & Eddy
317 Sixth Avenue
Suite 1200
Des Moines, IA 50309-4195